AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-000555

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rocco Castoro
was received by me on *(date)* 5/10/2021

☒ I personally served the summons on the individual at *(place)* 6174 Glen Oak Street, Los Angeles, CA 90068 at 5:46 pm on *(date)* 5/12/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/12/2021

*Server's signature*

Sarah Thompson, Reg. #6679, Los Angeles
L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
(323) 508-1711

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint; Affidavit in Support; Standing Protective Order; Order on Pretrial Deadlines; Electronic Filing Order in Civil Cases; General Order

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-000555

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Emily Molli
was received by me on *(date)*   5/10/2021

☒ I personally served the summons on the individual at *(place)*   6174 Glen Oak Street, Los Angeles, CA 90068
at 5:46 pm   on *(date)*   5/12/2021   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   5/12/2021

*Server's signature*

Sarah Thompson, Reg. #6679, Los Angeles
*Printed name and title*
L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
(323) 508-1711

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint; Affidavit in Support; Standing Protective Order; Order on Pretrial Deadlines; Electronic Filing Order in Civil Cases; General Order