Re: Subverse, Inc. v. Castoro, et al.; Case No. 3:21-cv-00555-AWT

Dear Judge Thompson:

We are the defendants in the above-referenced matter. Since our last request for a time extension, we were unable to afford any attorney retainers or fees quoted to us. A firm offered to represent us at a discounted rate if we could not find pro bono representation, however they retracted their offer a few days ago due to concerns we would be unable to pay attorneys fees.

We request an extension to respond to the complaint pro se as we continue to find counsel and apply to e-file so as not to miss any further deadlines.

We apologize and appreciate your consideration.

_[signature]_                                           _[signature]_

Emily Molli                                              Rocco Castoro