EMILY MOLLI (In Pro Per)
2699 1/2 N Beachwood Dr. Ste 420
Los Angeles, CA 90068
(847) 909-0337
EmilyMolliVideo@gmail.com

ROCCO CASTORO (In Pro Per)
2699 1/2 N Beachwood Dr. Ste 420
Los Angeles, CA 90068
(352) 538-6846
RCastoro2@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBVERSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMILY MOLLI and ROCCO CASTORO <br><br> Defendants. | **Case No. 3:2021-cv-00555** <br><br> [Assigned for all purposes to Hon. Alvin W. Thompson] <br><br> **NOTICE OF STRIKING DOCKET ENTRY 17** |

Pursuant to the Clerk's Notice, DE 56, notice is hereby given of striking Docket Entry 17, ANSWER to 1 Complaint, for inadvertently filing a draft. Docket Entry 16, ANSWER to 1 Complaint with Affirmative Defenses with Jury Demand is the correct filing.

Dated: July 19, 2021         By: *[signature]*

    EMILY MOLLI

In Pro Per

Dated: July 19, 2021         By: *[signature]*

    ROCCO CASTORO

In Pro Per

DEFENDANTS EMILY MOLLI'S AND ROCCO CASTORO'S ANSWER TO COMPLAINT