UNITED STATES DISTRICT COURT
District of Connecticut

Subverse Inc.
*Plaintiff*

v.

Emily Molli and Rocco Castoro
*Defendant*

Case No. 3:21-cv-00555-AWT

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

8/27/21
*Date*

*Filer's signature*

Rocco Castoro
*Printed name*

6174 Glen Oak St.
*Address*

Los Angeles, CA 90068
*City, State, Zip Code*

351-538-6846
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on 8/27/21, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here*:

*Filer's signature*

Rev. 8/11/15