SEP 20 2021 AM 11:47
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUBVERSE, INC., Plaintiff

V.

Emily Moll & Rocco Osboro, Defendant

Case No. 3:21-cv-00555
[Put case number here]

MOTION BY SELF-REPRESENTED LITIGANT
TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.

- Internet Explorer (Version 11) or Mozilla Firefox (Version 49.x and higher) or Safari (Version 10.x and higher) or Chrome (Version 53.x and higher).

- Adobe Reader (Version 7 or greater).

- Ability to create PDF files.

- An upgraded PACER account.

Emily Moll
Name of Self-represented Litigant

6174 Glen Oak St
Street Address

Los Angeles, CA 90068
City, State, Zip Code

(847) 909-0337
Telephone

emilymollvideo@gmail.com
Email Address

9/16/21
Date

Emily Moll
Signature

Certificate of Service

I hereby certify that on ___9/16/21___ [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following: [insert name and address of every person served].

_____
Signature of Self-represented Litigant

Revised: November 29, 2017