# United States District Court

_____ DISTRICT OF _____
CONNECTICUT

SUBVERSE, INC.

                                                                           **APPEARANCE**

      Plaintiff

v.                                        **CASE NUMBER**: 3:21-CV-00555 (AWT)

EMILY MOLLI and ROCCO CASTORO

      Defendants

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendants, Emily Molli and Rocco Castoro.

October 25, 2021
*Date*

_/s/ Henry F. Murray_
*Signature*

ct17234
*Connecticut Federal Bar Number*

Henry F. Murray
*Print Name*

(860) 233-9821
*Telephone Number*

Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.

(860) 232-7818
*Fax Number*

557 Prospect Avenue
*Address*

hfmurray@lapm.org
*E-mail Address*

Hartford, CT   06105-2922

## CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2021, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 

_____
Henry F. Murray ct17234
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: hfmurray@lapm.org