IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNNECTICUT

| | |
|---|---|
| SUBVERSE, INC.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>.<br>EMILY MOLLI and ROCCO CASTORO<br><br><br>　　　　　Defendants. | Index No. 21-CV-00555 (VB)<br><br>February 9, 2022 |

## RULE 26(f) REPORT OF THE PARTIES

1. **26(f) Meeting**. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, an electronic conversation was held between February 1st and the 3rd, between:

    Kevin T. Duffy, Jr., counsel for Plaintiff, Subverse, Inc.;

    and

    Henry F. Murray, of Livingston, Adler, Pulda, Meiklejohn & Kelly, PC, counsel for the Defendants, Emily Molli and Rocco Castoro.

2. **Initial Disclosures**. The parties:

    The Parties have exchanged the pre-discovery disclosures required by Federal Rule of Civil Procedure 26(a)(1) and the Court's prior order.

3. **Alternative Dispute Resolution**. Counsel for the parties agree that this matter:

    is *presently suitable* for alternative dispute resolution ("ADR") and recommend that the parties consider mediation.

.

**Recommended Discovery Plan**.   Counsel for the Parties have conferred and agree to comply with the dates given by the Court and confirmed by electronic mail on February 4, 2022.

/s/ *Kevin T. Duffy Jr*

―――――――――――――――――

Kevin T. Duffy, Jr.- ct 409351

Attorney for Plaintiff

/s/ *Henry F. Murray*

―――――――――――――――――

Henry F. Murray ct 17234

Attorney for Defendants