IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNNECTICUT

| | |
|---|---|
| SUBVERSE, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILY MOLLI and ROCCO CASTORO<br><br>　　　　Defendants. | Civil Action No. 3:21-CV-00555 (AWT)<br><br><br><br>JULY 21, 2022 |

**JOINT MOTION FOR REFERRAL
TO A MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES**

　　Plaintiff Subverse Inc. and Defendants Emily Molli and Rocco Castoro, through their respective attorneys, respectfully file this Joint Motion seeking the referral of this case to a United States Magistrate Judge for the sole purpose of assisting in settlement negotiations.

　　The parties, through each of their counsels, have begun settlement discussions. There are a few outstanding issues between the parties which are currently presenting obstacles to a final settlement. Both plaintiff and defense counsel believe that the assistance of a Magistrate Judge will be extremely helpful in resolving these outstanding issues and finalizing the settlement. Accordingly, the parties respectfully ask this Court to refer the matter to a US Magistrate Judge to assist in settlement negotiations.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　　　　　THE PLAINTIFF,

　　　　　　　　　　　　　　　　　　SUBVERSE, INC.

By:\_\_\_\_/s/_____
Kevin T. Duffy, Jr., Esq.
CT Federal ID No. 28134

DUFFY & STAAB LLC
Attorneys at Law

165 West Putnam Road, Suite 2R
Greenwich, CT 06830
Tel.: (203) 531-3300
Fax: (203) 813-5661
k.duffy@duffystaab.com

THE DEFENDANTS,

Emily Molli and Rocco Castoro.

By:_____/s/_____
Henry F. Murray
CT Federal ID No. 17234

LIVINGSTON, ADLER, PULDA
MEIKLEJOHN & KELLY, PC
Attorneys at Law

557 Prospect Avenue
Hartford, CT 06105
Tel.: (860) 233-9821
Fax: (860) 232-7818
hfmurray@lapm.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of July, 2022 a copy of the foregoing Joint Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Henry F. Murray*
Henry F. Murray