```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

------------------------------- x
 SUBVERSE, INC.,

      Plaintiff,               Civil No. 3:21-cv-00555 (AWT)

      v.

 ROCCO CASTORO, <u>et</u> <u>al.</u>,

      Defendants.
------------------------------- x

## ORDER

This action has been reported settled.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the case without prejudice to reopening on or before January 2, 2023.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 2, 2023.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated this 2nd day of December 2022, at Hartford, Connecticut.

                                                  /s/AWT
                                      Alvin W. Thompson
                                United States District Judge